**Eric WISE, Plaintiff–Appellant,**

v.

**K.M. WHITE; Patricia Stansberry; Alvin Evans; Associate Warden Walton; Associate Warden Engel; Kevin Kiddy; James Cuffee; Officer Flemmings; Officer Purdie; Unknown Officer One; S.I.S. Agent K. Vaughan, Defendants–Appellees,**

**and**

**Recreation Specialist A. Graves; Lieutenant Richardson; Lieutenant Leslie, Defendants.**

**No. 12–6717.**

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 2, 2012.

Decided: Aug. 22, 2012.

Eric Wise, Appellant Pro Se.   Mark Anthony Exley, Assistant United States Attorney, Norfolk, Virginia, for Appellees.

*of Goldsboro,* 178 F.3d 231, 241 n. 6 (4th

Before NIEMEYER, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Wise appeals the district court's order denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971).   We have reviewed the record and find no reversible error.   Accordingly, we affirm for the reasons stated by the district court.   *Wise v. White,* No. 2:09–cv–00351–RBS–TEM, 2012 WL 611017 (E.D.Va. Feb. 24, 2012).   We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*